# In & For
# The
# United States District Court
# District of Delaware

Civil Action No. __06 - 706__

State of Delaware
DCSE / Clementine Parker
       Petitioner,
v.

"Federal - Question(s)"

Stephanie Parker
      Respondent.

*********************************************************************
**28 U.S.C. Section 1446,        28 U.S.C. Section 1443 (1)!2).**

### Please Take Notice

This is unequivocally, a viable to be, Pendente lite, {Removal of Action}, Civil - Case; Please legally docket under, Rational basis test,.

### Please Legally Construe;

### As a indubitable "Notice of Removal;"

My inalienable, at {birth - "Ascertained"} Civil - Libertie(s), "EQUAL - Justice" under the law; will be illegally Abridged / Sacrificed, if I am wrongfully compelled to participate; In State of Delaware'(s) Family Court / At Sussex County On; 11-22-06 to be presided by the Honorable;

Commissioner. Mr. Andrew K. Southmayd.

Now Here Come(s) Ms. Stephanie Parker Pro se, legally petitioning for "Equal - Justice," under the law;

"Please Take Legal "N O T I C E;" Unfortunately "Racial Implication(s)" of the illicit degree of; 42 U.S.C. Section 1981(a). / "Intentional - Discrimination,." In which - {which} will / would be totally "U N C O N S T I T U T I O N A L," But would / will; be at viable - grimace, in the Honorable but far inferior State of Delaware Family Court in Question

Dearest; Clerk / Deputy Clerks of the U.S. District of Delaware; Please Legally Remove under these Specific; "Federal - Federalized" Explicit United States Congressional Removal of Action, Explicit Federalized Enactment(s) ;

Dear; Mr. Dalleo & Staff

Please at once docket Here - under Rational basis test. Same,.

{01}. 28 U.S.C. Section 1446. "Notice of Removal."

{02}. 28 U.S.C. Section 1443. I will be, unconstitutionally Treated, unfair in the State of Delaware Family Court,. In which is totally - Adversely - wrongfully a Due Process violation,.

**{03}.** 28 U.S.C. Section 1343. I will be wrongfully - Heinously truly involuntarily Exploited (via), indelible on the Record, but Prohibited "Invidious - Discrimnation(s),. In, the far inferior state of Delaware Family Court in and for Sussex County,.

The Child Support Enforcement Sector / Entity; Is well aware of the fact / fact(s) that I was involuntarily hurt on the job,. Also, it is my 01st time Ever applying for Workers' Compensation,. And the former employer / owner Michael A. Meoli C/O McDonald's {29 Corporation(s)} has, infinite pecuniary Resource(s), that I do not have,. And this, involuntary fact,. Has delayed / procrastinated suspect 66 2/3 % of my wage(s) that I truthfully deserved,. And as wrongful punishment for my,. Simply constitutionally filing for {WC} / Workers' Comp,. Twenty - Nine Corporation(s) has set out to make my life a night - mare,. Understatement,.

In which is truly inconsistent, with the fundamental(s) of Liberty, & Justice,. Again, This case has to be Removed , as a Matter of Law,. To protect my indelible at birth legally Ascertained Civil / Constitutional Right'(s), & libertie(s),.

**"Racial Implication(s);"**

Will be viable,. In the de facto State Family Court,. Please See; 28 U.S.C. Section 1443(1)(2).  I cannot get a Fair State Court Hearing / Proceeding / Trial per se,.  In which is patently unconstitutional,. And of express Constitutional wrongful - illicit prohibition(s),. I am a citizen of these United States of America,. And I must stand on Rational basis test,.

3

Cc: DCS Enforcment

x *Stephanie Parker*

4

FORM 542D
rev. 09/99

# The Family Court of the State of Delaware

FOR _____ NEW CASTLE _____ KENT __X__ SUSSEX COUNTY

| | |
|---|---|
| ☐ PETITION FOR SUPPORT MODIFICATION | ☐ FIRST TIME CONTEMPT |
| ☒ PETITION FOR SUPPORT ARREARS | ☐ SUBSEQUENT CONTEMPT |

CASE #:460113

File No. **CS04-01325**

| Petitioner | Respondent | |
|---|---|---|
| DCSE/CLEMENTINE PARKER | STEPHANIE PARKER | |
| 11247 JORDAN AVE | VS | 25328 HAVEN DRIVE |

| City | State | Zip | City | State | Zip |
|---|---|---|---|---|---|
| BRIDGEVILLE | DE | 19933 | SEAFORD | DE | 19973 |

| Attorney | Employer Name & Address | Attorney | Employer Name & Address |
|---|---|---|---|
| DCSE | | | GOLDEN BRIDGEVLLE LLC MAC 4541 HIGHWAY ONE MCDONALD'S BRIDGEVILLE REHOBOTH BEACH  DE 19971 |
| Home Phone | | Home Phone | |
| Work Phone | | Work Phone | |

| SOC SEC NO | DOB | Driver License No. | SOC SEC NO | DOB | Driver License No. |
|---|---|---|---|---|---|
| -3810 | /1955 | | -3288 | /1982 | DE1278019 |

CPI No. Mod.

CPI No. Arrears

☒ AFDC IV-D
☐ NPA IV-D
☐ NON IV-D
☐ MEDICAID
☐ FOSTER CARE
☐ SARR IV-D

IN THE INTEREST OF (Include last name)

| Name | SSN | DOB | Name | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |
| Name | SSN | DOB | Name | SSN | DOB |

☐ If this box is checked, additional information is displayed on the enclosed Addendum.

PRIOR COURT ORDER (date __10/06/2005__) REQUIRED RESPONDENT TO PAY $ __207.00__ PER __MONTH__.
   Current Support $ 197.00 -- AFDC Arrears $ 10.00

☐ MODIFICATION: PETITIONER prays that the Support Order mentioned above shall be modified as requested below.
   1. PETITIONER prays the above Order be modified pursuant to the Delaware Child Support Formula due to the following circumstances.

☐ a. The present order of support fails to require either parent to provide medical support for the child(ren). PETITIONER requests that the Court modify the order of support to require the RESPONDENT to provide medical support, including health insurance, for the child(ren) and to be responsible for a portion of expenses not covered by insurance pursuant to the Delaware Child Support Formula.

☐ b.

☒ ARREARS: PETITIONER prays that a Summons issue directing RESPONDENT to appear in this Court to show cause why RESPONDENT should not be held in contempt and to have imposed such sanctions, penalties or other relief as the Court may deem appropriate.

☐ 1. Establish arrears and enter a judgement which can be recorded by the Prothonotary as a judicial lien.

☒ 2. RESPONDENT has failed or refused to comply with the Support Order mentioned above and is in arrears as of this date in the approximate aggregate amount of $ __4,153.98__ and is therefore in contempt of said Order. The last payment was recieved on __06/02/2006__.

☐ 3. Respondent has failed to comply with the Medical Support provisions of this order.

Date: 9/14/06

Deputy Attorney General
Attorney for DCSE

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

06- 706

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
DCSE / Clementine Parker

**DEFENDANTS**
Stephanie Parker

(b) County of Residence of First Listed Plaintiff: **Sussex**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Sussex**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights ✓ | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 § 1331, § 1443(1)(2), § 1343.
Brief description of cause: Proscribed "Racial Implication(s)".

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): Commissioner Andrew K. Southmayd
File DOCKET NUMBER: CS04-01325

DATE

SIGNATURE OF ATTORNEY OF RECORD
Stephanie Parker Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____