IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLEMENTINE PARKER, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 06-706 JJF ) |
| STEPHANIE PARKER, | ) ) |
| Respondent. | ) |

**ORDER**

At Wilmington this 30 day of November, 2006, the court having reviewed the application to proceed without prepayment of fees under 28 U.S.C. § 1915 to find that it was incomplete;

IT IS ORDERED that:

The plaintiff shall, within twenty-one days from the date of this order, either: (1) fully complete questions 2 and 3 of the application and file an amended application, or (2) pay in full the $350.00 filing fee.

**Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

United States District Judge