IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLEMENTINE PARKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-706 JJF |
| | ) | |
| STEPHANIE PARKER, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On November 30, 2006, the court ordered that plantiff submit an amended application to proceed without prepayment of fees, or pay the $350.00 filing fee. On December 22, 2006, plaintiff submitted an amended application;

IT IS THEREFORE ORDERED that:

The Court having considered the amended application to proceed without prepayment of fees under 28 U.S.C. § 1915;

that the application as amended, is GRANTED.

DATE: 12/29/06

_____
United States District Judge