IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STATE OF DELAWARE DIVISION      :
OF CHILD SUPPORT ENFORCEMENT    :
and CLEMENTINE PARKER,          :
                                :
        Petitioners,             :
                                :
v.                              : Civ. No. 06-706-JJF
                                :
STEPHANIE PARKER,               :
                                :
        Respondent.              :

## ORDER

NOW THEREFORE, at Wilmington this 20 day of February, 2007, IT IS HEREBY ORDERED that:

The case is **SUMMARILY REMANDED** to The Family Court Of The State Of Delaware, Sussex County.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE